UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cause No. 1:22-CR-43 |
| | ) | |
| DAMEAN D. BROWN | ) | |

## NOTICE OF PENALTIES

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Stacey R. Speith, Assistant United States Attorney, and files its Notice of Penalties in this case, and states:

The defendant is charged in a thirteen count Indictment. Count 1 alleges a violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D); Counts 2-10 alleges a violation of 18 U.S.C. § 922(d)(1) and Counts 11-13 allege a violation of 18 U.S.C. §§ 922(a)(6).

If convicted of Counts 1, defendant faces a term of imprisonment, on each count, of not more than 5 years, a fine of not more than $250,000, or both such fine and imprisonment, a term of supervised release of not more than 3 years, and a $100 special assessment.

If convicted of Counts 2 through 13, on each count, defendant faces a term of imprisonment, of not more than 10 years, a fine of not more than

$250,000, or both such fine and imprisonment, a term of supervised release of not more than 3 years, and a $100.00 special assessment.

Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:    Stacey R. Speith
*(Digitally signed by STACEY SPEITH, Date: 2022.07.27 15:06:41 -04'00')*
Assistant United States Attorney
E. Ross Adair Federal Bldg. & U.S. Courthouse
1300 S. Harrison Street, Room 3128
Fort Wayne, IN 46802-3489
Telephone: (260) 422-2595
Facsimile: (260) 426-1616
E-mail Address: Stacey.speith@usdoj.gov